IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, CHIEF JUDGE

Civil Case No. 02-cv-01874-LTB-BNB

MICHAEL J. KING,

    Plaintiff,

v.

PA CONSULTING GROUP, Inc., a New Jersey corporation,

    Defendant.

_____

ORDER
_____

A jury trial was held in this case January 24, 2005 through February 1, 2005. Judgment was entered on February 3, 2005 as follows:

    1) for Plaintiff Michael King on his invasion-of-privacy claim;

    2) for Plaintiff on Defendant PA Consulting's breach-of-contract counterclaim;

    3) for Defendant on Plaintiff's breach-of-contract claim;

    4) for Defendant on Plaintiff's claim for breach of covenant of good faith and fair dealing;

    5) for Defendant on Plaintiff's Lanham Act claim;

    6) for Defendant on Plaintiff's unfair-competition claim; and

    7) for Defendant on Defendant's counterclaim for breach of duty of loyalty.

Plaintiff moves for a new trial based on what it considers inappropriate closing argument. He also moves for return of a bond he posted in the United States District Court for the District of New Jersey. Defendant opposes the motions.

Defendant renews its Rule 50(b) motion for judgment as a matter of law on Plaintiff's invasion-of-privacy claim. Plaintiff opposes the motion.

IT IS ORDERED THAT:

1) PLAINTIFF MICHAEL J. KING's motion for a new trial IS DENIED;

2) PLAINTIFF MICHAEL J. KING's motion for return of bond IS DENIED; and

3) DEFENDANT PA CONSULTING GROUP's renewed motion for judgment as a matter of law IS DENIED.

Date: June   30  , 2005, in Denver, Colorado.

                                    BY THE COURT:

                                    s/Lewis T. Babcock
                                    Lewis T. Babcock, Chief Judge