IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No.   02-cv-01874-LTB-BNB

MICHAEL J. KING,
     Plaintiff,

v.

PA CONSULTING GROUP, Inc., a New Jersey corporation,
     Defendant.

_____

ORDER
_____

The parties have filed their "Notice of Satisfaction of Judgments and Consent to Release of Bond" [Doc 268]. In it, Defendant acknowledges satisfaction of the net judgment in the amount of $88,950.24 against the Plaintiff and in favor of the Defendant and authorizes the Clerk of this Court to enter a record of a satisfaction of this judgment. Defendant further consents to the release of the bond posted by Plaintiff on April 8, 2003 (via an assignment of interest in the $500,000 CD on deposit with Wells Fargo Bank West, NA, Certificate No. 8796130139.

Being sufficiently advised, it is

ORDERED that the Clerk of this Court enter a record of a satisfaction of judgment in favor of Defendant PA against Plaintiff King in the sum of $88,950.24.

IT IS FURTHER ORDERED that the bond posted by Plaintiff King on April 8, 2003 (via an assignment of interest in a $500,000 CD on deposit with Wells Fargo Bank West, NA, Certificate No. 8796130129) be released.

                                                          BY THE COURT:

                                                            s/Lewis T. Babcock
                                                            Lewis T. Babcock, Judge

DATED: June 11, 2007